**Linda J. Larkin**, OSB# 792954
E-mail: linda@bennetthartman.com
**BENNETT HARTMAN, LLP**
210 SW Morrison Street, Suite 500
Portland, OR   97204-3149
Telephone:  503-227-4600
Facsimile:  503-248-6800
**Of Attorneys for All Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY J. GAUTHIER AND GARTH BACHMAN, TRUSTEES OF THE OREGON AND SOUTHWEST WASHINGTON NECA-IBEW ELECTRICAL WORKERS AUDIT COMMITTEE,<br>　　　　Plaintiffs, | Civil No. 3:19-cv-01177-MO |
| vs. | MOTION FOR DISMISSAL |
| CROWN VOLTAGE, INC.  a Washington Corporation; DANIEL TUCKER, individually; and STACY LACOMBE, individually,<br><br>　　　Defendants. | |

　　　Plaintiffs, through their attorney, Linda J. Larkin, move the court for an order to dismiss the above entitled action.  Said dismissal shall be without prejudice with respect

/ / /

/ / /

to any amounts claimed due by Plaintiffs, and amounts which might be claimed due by way of counterclaim, for which this action was brought.

IT IS SO MOVED this 15th day of October, 2019.

s/Linda J. Larkin<br>
Linda J. Larkin, OSB# 792954<br>
Telephone: 503-227-4600<br>
E-mail: linda@bennetthartman.com<br>
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION FOR DISMISSAL** on:

>Daniel Tucker
>1403 SW Columbia Ridge Dr.
>Vancouver, WA 98664
>>Defendant
>
>Daniel W. Tucker, President
>Crown Voltage, Inc.
>1403 SE Columbia Ridge Dr.
>Vancouver, WA   98664
>>Defendant
>
>Stacy LaCombe
>1403 SE Columbia Ridge Dr.
>Vancouver, WA   98664
>>Defendant

by the following indicated method or methods:

>■by mailing a copy thereof in a sealed, first-class postage-paid envelope, addressed to the party(ies) listed above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

Dated this 15th day of October, 2019.

>  /s/Linda J. Larkin
>Linda J. Larkin, OSB No. 792954
>linda@bennetthartman.com
>Attorney for Plaintiffs
>Phone:  (503) 227-4600